# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**John T. Olszyk**

       Plaintiff

vs.                       **CASE NUMBER: 3:20-cv-445 (TJM/ML)**

**James Thorne, Salvation Army, Sara Maclean, Michael Barrasse**

       Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that plaintiff's complaint is DISMISSED and the case is closed for plaintiff's failure to file an amended complaint in the time permitted, in accordance with the Decision & Order issued by Senior District Judge Thomas J. McAvoy on September 21, 2020.

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 21st day of September, 2020.

DATED: January 14, 2021

                                                       Clerk of Court

                                                    s/Kathy Rogers
                                                    Deputy Clerk